# United States Court of Appeals
## For the First Circuit

No. 16-2039

GEORGE H. BENNETT,

Petitioner, Appellee,

v.

UNITED STATES OF AMERICA,

Respondent, Appellant.

Before

Barron, <u>Circuit Judge</u>,
Souter, <u>Associate Justice</u>,[*]
and Selya, <u>Circuit Judge</u>.

**ORDER OF COURT**
Entered: September 5, 2017

The opinion issued on July 5, 2017, is <u>withdrawn</u> and the judgment of the same date is <u>vacated as moot</u>. <u>See</u> the new opinion issued this day.

By the Court:
<u>/s/ Margaret Carter, Clerk</u>

cc:
Hon. George Z. Singal
Christa Berry, Clerk, United States District Court for the District of Maine
James S. Nixon
F. Mark Terison
Renee M. Bunker
Jonathan R. Chapman
Thomas Edward Delahanty II
James Michael Moore

---

[*] Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.